**POTTER HANDY LLP**
Mark D. Potter (SBN 166317)
mark@potterhandy.com
James M. Treglio (SBN 228077)
jimt@potterhandy.com
100 Pine St., Ste 1250
San Francisco, CA 94111
Tel: (858) 375-7385
Fax: (888) 422-5191

Counsel for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA OTANEZ VERDUGO individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPSTONE LOGISTICS, LLC, a Delaware limited liability company with its principal place of business in Georgia, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-03141 FMO (Ex)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: March 9, 2023<br>Time: 10:00 a.m.<br>Courtroom: 6D |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 9, 2023, at 10:00 a.m. in Courtroom 6D of the United States District Court for the Central District of California, located at 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012, the Honorable Fernando M. Olguin presiding, Plaintiff Andrea Otanez Verdugo, on

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

behalf of herself and acting on behalf of the Class, will and hereby does move for entry of an Order preliminarily approving the terms of the Stipulated Settlement Agreement and Release of Claims with Defendant Capstone Logistics, LLC, which is submitted concurrently herewith as Exhibit 1 in the Declaration of James M. Treglio, Esq., as fair, reasonable, and adequate.

The motion is based on this notice of motion and motion, the accompanying supporting memorandum of points and authorities, the accompanying declarations of James M. Treglio, Gerald Mataam, Andrea Otanez Verdugo, Eric Lietzow and the exhibits thereto, the accompanying proposed Preliminary Approval Order, the oral arguments of counsel, and all other records and papers on file in this action or that properly come before the Court.

Dated: February 2, 2023     **POTTER HANDY LLP**

By:   */s/ James M. Treglio*
Mark D. Potter, Esq.
James M. Treglio, Esq.
Attorneys for Plaintiff