JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA OTANEZ VERDUGO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAPSTONE LOGISTICS, LLC,<br><br>　　　　Defendant. | Case No. CV 22-3141 FMO (Ex)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice

Dated this 22nd day of August, 2023.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　United States District Judge